IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BLUEFIELD DIVISION

MARILYN POWELL,

          Plaintiff,

v.     CIVIL ACTION NO. 1:08-cv-00199

FEDERAL BUREAU OF PRISONS,

          Defendant.

**ORDER**

This action was referred to the Honorable R. Clarke VanDevort, United States Magistrate Judge, for submission to this court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and has recommended that the court **DISMISS** the plaintiff's Complaint. Responses to the Magistrate Judge's proposed findings and recommendations were due on September 21, 2009. Neither party has filed objections to the Magistrate Judge's proposed findings and recommendations.

The failure to object to a magistrate judge's report may be deemed a waiver on appeal of the substance of the report, and the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation. *See Camby v. Davis,* 718 F.2d 198, 200 (4th Cir. 1983); *Campbell v. United States D. Ct. N.D. Cal.,* 501 F.2d 196, 206 (9th Cir. 1974). The court has reviewed the Magistrate Judge's findings of fact and recommendations and finds no clear error on the face of the record. Therefore, the court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and orders judgment consistent with the findings and recommendations.

The court **DISMISSES** the Complaint [Docket 1] and orders that this matter be removed from the court's docket. The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: September 25, 2009

Joseph R. Goodwin, Chief Judge